**Ernest E. Overbey, Appellant, v. Board of Fire and Police Commissioners of City of Joliet, Illinois et al., Appellees.**

**Gen. No. 10,335.**

William A. Murphy, for appellant; Orville R. Seiter, of counsel; Francis A. Dunn, City Attorney, Joliet, for appellees; Walter O. Herschbach, Corporation Counsel, Joliet. PER CURIAM. **Not to be published in full.** Opinion filed February 15, 1950; released for publication March 6, 1950.